**UNITED STATES of America, Plaintiff-Appellant, v. Ednah Mabie SULLIVAN, Administratrix of the Estate of Frank T. Sullivan, Deceased; The Marine Trust Company of Buffalo, a Corporation; The Mutual Benefit Life Insurance Company of Newark, New Jersey, a Corporation; Ednah Mabie Sullivan; Peter Mabie Sullivan, an Infant; Florence Sullivan McNeil and State Bank of Kenmore, Intervener, Defendants-Appellees.**

No. 226.

Circuit Court of Appeals, Second Circuit.

March 7, 1938.

George L. Grobe and R. Norman Kirchgraber, both of Buffalo, N. Y., and James H. Hanley, of Washington, D. C., for appellant.

James Otis Porter, of Buffalo, N. Y., for defendant-appellee Ednah Mabie Sullivan, administratrix, etc.

Kenefick, Cooke, Mitchell, Bass & Letchworth, of Buffalo, N. Y. (Lyman M. Bass and Theodore G. Kenefick, both of Buffalo, N. Y., of counsel), for defendant-appellee Marine Trust Co. of Buffalo.

Moore & Norton, of Kenmore, N. Y., for defendant-appellee State Bank of Kenmore.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree, 19 F.Supp. 695, affirmed.

**UNITED STATES of America, v. John C. MYERS, Administrator of the Estate of F. E. Myers, Deceased.**

No. 7461.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1938.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellant.

Cannon, Spieth, Taggart, Spring & Annat, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to the stipulation hereto attached, it is hereby ordered, adjudged, and decreed by this court that the appeal taken in this case be, and the same is hereby, dismissed, each of the parties hereto to pay his own costs.

Appeal dismissed.